```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSE MEJIA,                                                      :
                                                                 :
                        Plaintiff,                               :
                                                                 :      22 Civ. 2525 (JPC)
            -v-                                                  :
                                                                 :      ORDER
DARING FOODS, INC.,                                              :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed a Complaint in this action on March 28, 2022, Dkt. 1, and filed the First Amended Complaint on June 27, 2022, Dkt. 19. Federal Rule of Civil Procedure 15 provides that "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3). Therefore, the deadline for Defendant to respond to the First Amended Complaint was June 11, 2022. The docket, however, does not reflect any response to the First Amended Complaint filed by Defendant. Accordingly, it is hereby ORDERED that Defendant shall respond to the First Amended Complaint by July 18, 2022, or advise the Court whether it seeks an extension of time to do so.

SO ORDERED.

Dated: July 15, 2022                              _____
       New York, New York                                 JOHN P. CRONAN
                                                       United States District Judge